UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| DAMON MCCARGO,<br><br>                    Plaintiffs,<br>vs.<br><br>BLUE MARBLE LOGISTICS, LLC, BLUE MARBLE GLOBAL SERVICES, LLC AND PENSKE TRUCK LEASING CO., LP,<br>                    Defendants. | Case No. 1:21-CV-13689-RBK-SAK |

### STIPULATION OF DISMISSAL AS TO PENSKE TRUCK LEASING CO., L.P. ONLY

It is hereby STIPULATED and AGREED by and among counsel for the parties that Defendant Penske Truck Leasing Co., L.P. be DISMISSED as a party in this case, without prejudice. This Stipulation may be executed in counterparts, each of which shall be deemed an original, but all of which together shall be deemed to be one and the same.

SIMON & SIMON, P.C.
Attorney for Plaintiff, Damon McCargo

*/s/ Edward M. Costello, III*
By: Edward M. Costello, III, Esquire

Dated: 02/18/22

LAW OFFICE OF PATRICK J. HERMESMANN
Attorney for Defendants Blue Marble Logistics, LLC, Blue Marble Global Services, LLC and Penske Truck Leasing Co., L.P.
*/s/ Lisa A. Green*
By: Lisa A. Green, Esquire

Dated: February 23, 2022

_____
KAREN M. WILLIAMS
UNITED STATES DISTRICT JUDGE